```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
VIBERT JONES,

                    Plaintiff,
                                          MEMORANDUM & ORDER
          -against-                       08-CV-5215 (JS)(ARL)

INDYMAC FEDERAL BANK, INDYMAC
FEDERAL BANK LOAN MITIGATION
DEPARTMENT, INDYMAC FEDERAL BANK
HOME LOAN SERVICING,

                    Defendants.
----------------------------------X
APPEARANCES:

For Plaintiff:     Vibert Jones, pro se
                   140 Dikeman Street
                   Hempstead, NY 11550


For Defendants:    No appearance
```

SEYBERT, District Judge:

Vibert Jones ("Plaintiff") filed the instant action pro se against IndyMac Federal Bank, IndyMac Federal Bank Loan Mitigation Dept., IndyMac Federal Bank Home Loan Servicing (collectively "Defendants") challenging the refinancing of his mortgage for real property. On March 31, 2009, this Court issued an Order granting Plaintiff's application to proceed in forma pauperis, and dismissed the Complaint with leave to amend. On May 8, 2009, Plaintiff filed his Amended Complaint.

Accordingly, the United States Marshal Service is directed to serve copies of the Summons, Amended Complaint, and this Order upon Defendants without Plaintiff's payment therefor;

however, unpaid fees are recoverable if this action terminates by monetary award in Plaintiff's favor.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
July 17, 2009